## DISCIPLINARY DOCKET

**99–372.   Cincinnati Bar Assn. v. Harwood.**
This matter came on for further consideration upon the filing on July 25, 2000, by respondent, David J. Harwood, of a motion to set aside finding of contempt. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and hereby is, granted, and that respondent is purged of contempt in this matter.

**99–2137.   In re Resignation of Harwood.**
This matter came on for further consideration upon the filing on July 25, 2000, by respondent, David J. Harwood, of a response to show cause order. Upon consideration thereof,

IT IS ORDERED by this court that no further action will be taken in this matter.

## MISCELLANEOUS DISMISSALS

**00–1753.   In re Jacobs.**
Geauga App. No. 99–G–2231. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. It appears from the court of appeals' opinion that the appeal involves termination of parental rights. The appellant failed to state in the notice of appeal that the appeal involved termination of parental rights as required by S.Ct.Prac.R. II(2)(B)(1). Furthermore, appellant failed to timely file this appeal within twenty days from the entry of judgment as required by S.Ct.Prac.R. II(2)(A)(1)(a). See, also, *In re McCune* (2000), 89 Ohio St.3d 1406, 728 N.E.2d 1091. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.